UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHARON HAYES, JAMIE SARDO, and CARIE WARMACK, *on behalf of themselves and all others similarly situated*,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>FIRST SOURCE FEDERAL CREDIT UNION,<br><br>　　　　　　Defendant. | Civil Action No. 5:23-cv-00875 (BKS/TWD) |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Jamie Sardo, on behalf of himself, hereby dismisses his claims for relief against Defendant First Source Federal Credit Union without prejudice. The claims of the remaining Plaintiffs are **not** dismissed and they shall continue to litigate their claims against Defendant First Source Credit Union.

Date: January 24, 2024　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　*/s/ Jeffrey D. Kaliel*
　　　　　　　　　　　　　　　　　　Jeffrey D. Kaliel (Bar Roll No. 518372)
　　　　　　　　　　　　　　　　　　KALIELGOLD PLLC
　　　　　　　　　　　　　　　　　　1100 15th Street NW, 4th Floor
　　　　　　　　　　　　　　　　　　Washington, D.C. 20005
　　　　　　　　　　　　　　　　　　(202) 350-4783
　　　　　　　　　　　　　　　　　　*jkaliel@kalielgold.com*

　　　　　　　　　　　　　　　　　　Sophia G. Gold (Bar Roll No. 701241)
　　　　　　　　　　　　　　　　　　KALIELGOLD PLLC
　　　　　　　　　　　　　　　　　　950 Gilman Street, Suite 200
　　　　　　　　　　　　　　　　　　Berkeley, CA 94710
　　　　　　　　　　　　　　　　　　*sgold@kalielgold.com*

　　　　　　　　　　　　　　　　　　Christopher D. Jennings (*pro hac vice* forthcoming)

Tyler B. Ewigleben (Bar Roll No. 704117)
JOHNSON FIRM
610 President Clinton Avenue, Suite 300
Little Rock, Arkansas 72201
Telephone: (501) 372-1300
chris@yourattorney.com
tyler@yourattorney.com

*Counsel for Plaintiffs and the Proposed Class*

2