IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHARON HAYES and CARIE WARMACK, on behalf of themselves and all others similarly situated,<br><br>      Plaintiff,<br><br> v.<br><br>FIRST SOURCE FEDERAL CREDIT UNION.,<br><br>      Defendant. | Case No. 5:23-cv-00875 |

**JOINT STIPULATION OF VOLUNTARY DISMISSAL
PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel that the above-captioned action is voluntarily dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with the parties to bear responsibility for their respective fees and costs. Pursuant to L.R. 17.1 and 41.3, the parties certify that no party hereto is an infant or incompetent.

[*Signatures on next page*]

Dated: April 17, 2025

*/s/ Tyler B. Ewigleben*
JENNINGS & EARLEY, PLLC
Christopher D. Jennings
(Bar Roll No. 701478)
Tyler B. Ewigleben
(Bar Roll No. 704117)
500 President Clinton Ave.,
Ste. 110
Little Rock, Arkansas 72201
Telephone: (317) 695-1712
chris@jefirm.com
tyler@jefirm.com

KALIELGOLD PLLC
Jeffrey D. Kaliel
(Bar Roll No. 518372)
1100 15th Street NW, 4th Floor
Washington, D.C. 20005
(202) 350-4783
jkaliel@kalielpllc.com
Sophia G. Gold
(Bar Roll No. 701241)
KALIELGOLD PLLC
490 43rd Street, No.122
Oakland, CA 94609
sgold@kalielgold.com

*Counsel for Plaintiffs*


*/s/Peter Siachos*
GORDON REES SCULLY MANSUKHANI, LLP
1 Battery Park Plaza, 28th Floor
New York, NY 10004
Tel: (973) 549-2532
Email: psiachos@grsm.com

*Counsel for Defendant*

**IT IS SO ORDERED:**

_____
Elizabeth C. Coombe
U.S. District Judge

Dated: April 21, 2025
Syracuse, NY